UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL METTERS,<br><br>                Plaintiff,<br><br>    vs.<br><br>MERCHANTS' CREDIT GUIDE CO.<br>and ARROW FINANCIAL SERVICES,<br>LLC,<br><br>                Defendants. | No. CV-05-032-AAM<br><br>**ORDER OF DISMISSAL** |

      In an order filed June 23, 2005, plaintiff was directed to show cause in writing within ten (10) days why this action should not be dismissed without prejudice for failure to timely effect service. Fed. R. Civ. P. 4(m). He has not filed anything in response. Accordingly, this action is **DISMISSED without prejudice** and this file shall be **CLOSED**.

      **IT IS SO ORDERED**. The District Executive is directed to enter this order and forward a copy to counsel for plaintiff.

      **DATED** this  26th  of July, 2005.

                                  s/ Alan A. McDonald
                              ALAN A. McDONALD
                      Senior United States District Judge

**ORDER OF DISMISSAL-**       **1**